# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD TIDWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. C. I. - CHIEF MEDICAL OFFICE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-CV-5610-AWI-LJO-P<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 42) |

　　Plaintiff Harold Tidwell ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 30, 2005, defendant Hirsch filed a motion for summary judgment. Plaintiff has not filed a response to the motion.

　　Accordingly, within **thirty (30) days** from the date of service of this order, plaintiff shall file an opposition or a statement of non-opposition to the motion. Local Rule 78-230(m). <u>If plaintiff fails to file a response to the motion in compliance with this order, the court shall recommend that this action be dismissed for failure to prosecute</u>.

IT IS SO ORDERED.

**Dated:　October 20, 2005**　　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1