UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD TIDWELL, | CASE NO. 1:04-CV-5610-AWI-LJO-P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO PROSECUTE |
| v. | |
| C. C. I. - CHIEF MEDICAL OFFICE, et al., | (Doc. 47) |
| Defendants. | |

Plaintiff Harold Tidwell ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 13, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty days. Neither party filed objections.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

---

[1] On December 27, 2005, the United States Postal Service returned the Findings and Recommendations as undeliverable. A notation on the envelope indicates that plaintiff is out to court. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 13, 2005, is adopted in full;
2. This action is dismissed based on plaintiff's failure to prosecute; and
3. The Clerk of the Court shall enter judgment for defendant and against plaintiff.

IT IS SO ORDERED.

**Dated:   January 10, 2006**          **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE